**OFFICE OF THE CITY ATTORNEY – City of Riverside**
REBECCA L. McKEE-REIMBOLD, Interim City Attorney, SBN 279485
NADIN S. SAID, Acting Assistant City Attorney, SBN 309802
VICTORIA M. WYATT, Deputy City Attorney, SBN 329396
3750 University Avenue, Suite #250
Riverside, California 92501
Telephone (951) 826-5567
orange@riversideca.gov

*Fee Exempt Per Govt. Code § 6103*

Attorneys for Defendants, CITY OF RIVERSIDE,
a California charter city and municipal corporation and
LARRY V. GONZALEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| RIVERSIDE ALL OF US OR NONE, an unincorporated association; MELINDA FOBES, BRYAN YOST, MARILU PAEZ, SHAWN YOST, all as individuals and on behalf of similarly situated class representatives,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RIVERSIDE, and LARRY V. GONZALEZ, in his official capacity as Chief of the Riverside Police Department<br><br>Defendants. | CASE NO. 5:23-cv-01536-SPG-SP<br>*[Assigned to Hon. Sherilyn Peace Garnett]*<br><br>**STIPULATION BY ALL PARTIES TO HAVE MOTION FOR SUMMARY JUDGMENT DECIDED BEFORE TRIAL**<br><br>DATE: n/a<br>TIME: n/a<br>DEPT.: 5, Hon. Sherilyn Peace Garnett |

| | |
|---|---|
| 1 | CITY OF RIVERSIDE, a public entity; |
| 2 | Defendant and |
| 3 | Third-Party Plaintiff |
| 4 | v. |
| 5 | |
| 6 | COUNTY OF RIVERSIDE, and ROES 1 through 50, inclusive |
| 7 | |
| 8 | Third-Party Defendant |

**TO THE ABOVE-ENTITED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

This stipulation is made and entered into by and among Plaintiffs Riverside All of Us or None, et al. ("Plaintiffs") Defendants City of Riverside, et al. ("City Defendants") by and through their respective counsel of record, and Third Party Defendant, County of Riverside, ("County"). Plaintiffs, Defendants, and Third Party Cross Defendants ("Parties") have conferred and stipulate as follows:

1. The trial date is currently set for October 28, 2025. All parties are prepared to try this matter at that time.

2. The parties met and conferred on September 2, 2025, via video conference regarding trial related documents, pursuant to this Court's Standing Order. The parties realized the issues regarding the Motions in Limine would be directly resolved by the City's Motion for Summary Judgment.

3. The Witness List and Exhibit List would also be impacted by resolution of the Motion for Summary Judgment.

4. Currently, there are five individually named plaintiffs and an organization claiming eight causes of action against the City. If all causes of action, or even some, are adjudicated in the City's favor, some, if not all, the Motions in Limine would not have to be considered and decided by this Court.

-2-   STIPULATION BY ALL PARTIES TO HAVE MOTION FOR SUMMARY JUDGMENT DECIDED BEFORE TRIAL

5. The Parties would like for the Motion for Summary Judgment to be decided before finalizing the trial documents, including the Motions in Limine.

6. Should it be necessary, the Parties have agreed to a trial at the end of January/beginning of February, with all trial related documents (Joint Trial Documents, Motions in Limine, Voir Dire, etc.) continuing with the new trial date.

7. City and County do not stipulate to additional time for Plaintiffs to re-file their Motion for Class Action Certification. (See Defendants' Objection and County's Joinder.)

8.

**IT IS SO STIPULATED**

DATED: September 5, 2025

                                      OFFICE OF THE CITY ATTORNEY

                                      By: /s/ Nadin S. Said
                                           Nadin S. Said
                                           Acting Assistant City Attorney
                                           Attorneys for Defendant, CITY OF
                                           RIVERSIDE and LARRY V. GONZALEZ

DATED: September 3, 2025       ELDER LAW AND DISABILITY RIGHTS CENTER

                                      By: /s/ Brooke Weitzman
                                           Brooke Weitzman
                                           Attorneys for Plaintiffs
                                           RIVERSIDE ALL OF US OR NONE, et al.

///
///
///

DATED: September 3, 2025     COUNTY OF RIVERSIDE


By: /s/ G. Ross Trindle
  G. Ross Trindle, III
  Chief Assistant County Counsel
  County of Riverside